UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-7123
1:24-cv-03434-ACR

SAMIHA AYYASH et al
                              Plaintiff-Appellant,

v.

AMERICAN AIRLINES INC. et al
                              Defendant-Appellee.

---

## MOTION FOR COMPLIANCE WITH RULE 5 SERVICE

Appellants, Samiha Ayyash, Feras Hindi and Tala Josephano appearing pro se, reside at different addresses. In the District Court, Appellee engaged in service irregularities and violations of Rule 5, which caused unnecessary disputes and delay (see, e.g., Dkt. 17, 18, 19, 21, 30).

### Argument

Rule 5(a)(1) of the Federal Rules of Civil Procedure requires that "each of the following papers must be served on every party," including motions, pleadings, and notices. As three pro se Appellants residing at different addresses, each is entitled to separate service. Paper service is necessary to ensure proper notice, avoid

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

SEP 29 2025

RECEIVED

confusion, and prevent recurrence of the service issues previously documented in the District Court. Clear direction from this Court will prevent recurrence of the service problems experienced in the District Court.

## Relief Requested

Appellants respectfully request that this Court order that all filings and papers in this appeal, whether by the Court or Appellee, be served individually on each Appellant in strict compliance with Rule 5, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 29, 2025

Tala Josephano / Pro Se Appellant

*/s/ TJ*

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980


Feras Hindi / Pro Se Appellant

*[signed: F.H.]*

Feras Hindi
7823 New London Drive
Springfield, VA 22153
(703)980-6955


Samiha Ayyash / Pro Se Appellant

*[signed: S.A.]*

Samiha Ayyash
#6 Abu Nsair Karmeh Street,
Jubaiha Amman Jordan 11937
(703)623-3767

## CERTIFICATE OF SERVICE

We hereby certify that on September 29, 2025, We served a copy of the foregoing Motion for Service by U.S. Mail, postage prepaid, on counsel of record for Appellees

Micah Ticatch, IslerDare PC 1945 Old Gallows Road, Suite 650 Vienna, VA 22182 & Appellee

Mark A. Johnston, Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Avenue, N.W., Suite 1200 Washington, DC 20006

Date : Sep 29 2025

Respectfully submitted

Pro Se Appellants


Tala Josephano

*/signature/*

Tala Josephano, Pro Se
1876 PCH
Lomita, CA 90717
(347)749-4980

Feras Hindi

*F.H*

Feras Hindi, Pro Se
7823 New London Drive
Springfield, VA 22153
(703)980-6955


Samiha Ayyash

*S.A*

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937

(703)623-3767