UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

OCT - 3 2025

RECEIVED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-7123
1:24-cv-03434-ACR

**SAMIHA AYYASH et al**
        **Plaintiff-Appellant,**

v.

**AMERICAN AIRLINES INC. et al**
        **Defendant-Appellee.**

---

## NOTICE OF TIMELY FILING'S EXHIBITS

**Exhibit 1.** USPS tracking confirmation.

**Exhibit 2.** A letter to the clerk

**Exhibit 3** Email from United States Postal Service Office of Inspector General (OIG) acknowledging receipt of Hotline Complaint #112850 (Reference No. 106821), submitted on September 27, 2025.

Respectfully submitted,

Dated: September 29, 2025


Samiha Ayyash / Pro Se Appellant

*S.A*

Samiha Ayyash
#6 Abu Nsair Karmeh Street,
Jubaiha Amman Jordan 11937
(703)623-3767


Feras Hindi / Pro Se Appellant

*F.H*

Feras Hindi
7823 New London Drive
Springfield, VA 22153
(703)980-6955


Tala Josephano / Pro Se Appellant

*T.J*

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980

## CERTIFICATE OF SERVICE

We hereby certify that on September 29, 2025, we served a copy of the foregoing Notice of Timely Filing Exhibits by first-class U.S. Mail, postage prepaid, on counsel of record for Appellees

Micah Ticatch, IslerDare PC 1945 Old Gallows Road, Suite 650 Vienna, VA 22182 & Appellee

Mark A. Johnston, Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Avenue, N.W., Suite 1200 Washington, DC 20006

Date : Sep 29 2025

Respectfully submitted

Pro Se Appellants

Samiha Ayyash

*S.A*

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937

(703)623-3767

Feras Hindi

*F.H*

Feras Hindi, Pro Se
7823 New London Drive
Springfield, VA 22153
(703)980-6955


Tala Josephano

*T.J*

Tala Josephano, Pro Se
1876 PCH
Lomita, CA 90717
(347)749-4980

# EXHIBIT 1



```
                    LOMITA
             25131 NARBONNE AVE
             LOMITA, CA 90717-9998
                  www.usps.com
09/24/2025                          10:03 AM
---------------------------------------------
              TRACKING NUMBERS
                ER209054956US
---------------------------------------------
         TRACK STATUS OF ITEMS WITH THIS CODE
                 (UP TO 25 ITEMS)
```



```
            TRACK STATUS BY TEXT MESSAGE
        Send tracking number to 28777 (2USPS)
        Standard message and data rates may apply
---------------------------------------------
              TRACK STATUS ONLINE
         Visit https://www.usps.com/tracking
         Text and e-mail alerts available
---------------------------------------------
              PURCHASE DETAILS

Product              Qty    Unit      Price
                            Price
---------------------------------------------
PM Express            1               $31.40
Flat Rate Env
  Washington, DC 20001
    Flat Rate
    Service Guarantee Date Unavailable
    Loss Guarantee Only
    Signature Waiver
    Tracking #:
      ER209054956US
    Insurance                          $0.00
      Up to $100.00 included
Total                                 $31.40

CelebrationBlooms     5    $0.78       $3.90
---------------------------------------------
Grand Total:                          $35.30
---------------------------------------------
Cash                                  $40.00
Change                                -$4.70
---------------------------------------------
              TO REPORT AN ISSUE
         Visit https://emailus.usps.com

      In a hurry? Self-service kiosks offer
      quick and easy check-out. Any Retail
         Associate can show you how.
```

# EXHIBIT 2

Tala Josephano  
1876 Pacific Coast Highway  
Lomita, CA 90717  
(347) 749-4980  
josephanotala@gmail.com

Date: September 27, 2025

## Letter to the Clerk

**Clerk of the Court**  
United States Court of Appeals  
for the District of Columbia Circuit  
E. Barrett Prettyman U.S. Courthouse  
333 Constitution Avenue, N.W.  
Washington, DC 20001

Re: Samiha Ayyash et al. v. American Airlines Inc. and Gulf Air B.S.C., Case No. 25-7123

Dear Clerk:

I am a pro se appellant in the above-referenced matter. On September 24, 2025, I sent by overnight mail (tracking no. ER209054956US) the appeal papers required by the Court's Clerk's Order [2132617] issued on August 28, 2025, including all documents requested *except* the Statement of Issues, which I will file separately on September 29, 2025.

The September 24 mailing contained the required forms identified in the Clerk's August 28 order. These issues were raised previously in the district court under 1:24-cv-03434, including Dkt. 56-30 and were ignored.

Because the docket reflects returned mail notations which I should have received I now can confirm there is mail tampering.

I respectfully request confirmation that my September 24 filing was received and docketed, and that the Court acknowledges the papers were timely dispatched for delivery on September 25, 2025, in advance of the September 29 deadline. We will refile them on September 29 2025 in person but this matter can't go unacknowledged or documented.

For the record, I Please note that I have previously submitted multiple complaints and notices to Judge Ana Reyes, to the Judicial Misconduct process, to the D.C. Court's online complaint system, and another to Intake Manager Jean Claude regarding irregularities surrounding this case, without response which copies and evidence can be provided upon request.

Additionally, I have experienced harassment, including physical intimidation and injuries, that is connected to this litigation and intended to pressure me into abandoning it. I have reported this to the police multiple times. I am raising these matters so that the Court is aware, while understanding that I ask only that my filings be duly received, docketed, and processed in accordance with the Court's rules.

I appreciate your attention to this matter and request written confirmation of receipt and docketing of my September 24 filing.

Respectfully submitted,

*[signature]*

Tala Josephano

Pro Se Appellant

# EXHIBIT 3

 Gmail

T Josephano <josephanotala@gmail.com>

## USPS OIG Hotline Complaint (Complaint# 112850)

**No Reply** <noreply@uspsoig.gov>                                             Sat, Sep 27, 2025 at 12:04 PM
To: "josephanotala@gmail.com" <josephanotala@gmail.com>

## USPS OIG Hotline Complaint Confirmation

| | |
|---|---|
| Complaint Number: | 112850 |
| Reference Number: | 106821 |
| Zip Code where the problem or concern occurred: | 90717 |
| I am a: | USPS Employee |
| Need help with: | Report a postal crime or fraud, waste, and abuse within the Postal Service |
| Postal service concern: | Theft or destruction of, or tampering with the mail |
| This was something: | Mail I sent |
| Mail contents: | Merchandise |
| Details of item(s): | DC Appeal court papers |
| Method of mailing: | Priority Mail Express |
| Tracking Number: | ER209054956US |
| Experienced mail missing before: | Yes |
| Enrolled in USPS Informed Delivery: | Yes |
| If Yes, image of item appear on notification: | No |
| Sender Address 1: | 1876 pacific coast highway |
| Sender Address 2: | |
| Sender City: | Lomita |
| Sender State: | CA |
| Recipient Address 1: | 333 Constitution Ave. NW, |
| Recipient Address 2: | |
| Recipient Zip Code: | 20001 |
| Recipient City: | Washington |
| Recipient State: | DC |

| | |
|---|---|
| Sender Zip Code: | 90717 |
| Do you have first-hand knowledge of the matter you are reporting? | Yes |
| Date of Occurrence: | 09/23/2025 |
| What Happened: | I have a legal case against foreign government and American Airliens . This is not the first time my mail either gets delayed ( previously around 4 times ) twice regarding the matter of this case and twice against another case in IL . These are documents for the Appeal court in DC that has a deadline. Someone in the post office is working is tampering with my incoming mail and out going . Deadline of receiving these documents is Sep 29 2025. Attached is also showing how my mail was returned which it shouldn't . This has been happening since 2020-2021-2022-2023-2024-2025 despite multiple complaints someone is blocking and tampering with my mail |
| My complaint is about a: | USPS Postal Police |
| Do you know who committed the crime or misconduct? | No |
| First Name: | |
| Last Name: | |
| Other Info: | |
| Anyone else involved? | Yes |
| Please list the name(s) of the other people and how you believe they were involved: | Someone in the government helping them as I am a whistle blower |
| Privacy Choice: | Confidential - Can Release Info |
| First Name: | Tala |
| Last Name: | Elhendy Josephano |
| Address 1: | 1876 PCH |
| Address 2: | |
| Zip Code: | 90717 |
| City: | Lomita |
| State: | CA |
| Phone: | 793-623-3767 |
| Email: | josephanotala@gmail.com |

TALA Josephano
615 S. Catalina Ave
Apt# 233
Redondo Beach, CA 90277

U.S. District Court for the District of Columbia
U.S Court of Appeals for the District of Columbia
                                                    Court
333 Constitution Avenue, N.W
Washington, DC 20001








