UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-7123
1:24-cv-03434-ACR

**SAMIHA AYYASH et al**
                  **Plaintiffs-Appellants,**

v.

**AMERICAN AIRLINES INC. et al**
                  **Defendants-Appellees.**

---

**PRO SE MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

Appellants, proceeding pro se in this complex case, respectfully move this Court for a 45-day extension of time to file the Appellants' Brief, currently due March 10, 2026. While a 45-day extension would make the brief due April 24, 2026, Appellants request at minimum 30 days (due April 9, 2026) due to inadequate time despite diligent efforts, stemming from multiple unavoidable circumstances beyond their control. This timely motion—filed well before the deadline—shows good cause, particularly given pro se status, and causes no prejudice to Appellees as they will still receive a full briefing opportunity.



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB 17 2026

RECEIVED

## **Statement of Facts and Good Cause**

These overlapping hardships have left Appellants without adequate time to research, draft, and file a complete brief:

   A. Severe Weather and Travel Disruption: Appellant Tala, who assists with research and drafting, was stranded on the U.S. East Coast by a severe snowstorm causing transportation shutdowns (flights and roads), delaying her return and meetings with other Appellants and brief preparation. This coincided with an order from this same appeals court panel in another case where Tala had to file documents.

   B. Illness: During and after the storm, Tala contracted a debilitating flu/cold. Without health insurance, she could not access medical care, extending recovery over three weeks and halting brief work.

   C. Concurrent Obligations Abroad and in CA: Tala is currently abroad for preset cases in Dhaka, Bangladesh (including defense preparation tied to her brother's death, with key filings/hearings due February 19, March 3, and March 10, 2026—requiring 19-hour travel) plus other legal matters in California preset for March 10, severely limiting available time.

   D. Pro Se Status: As pro se litigants in a complex appeal, Appellants require additional time for thorough legal research and drafting a quality brief, especially amid these extraordinary events , warranting leniency.

## Statement Regarding Appellees

To prevent any confusion or further conflicts, Appellants have not contacted Appellees' counsel regarding this motion and have not requested any prior extension. Appellants expect this to fall under common courtesy.

## Conclusion and Request

These circumstances constitute good cause for extension, causing insufficient time despite Appellants' best efforts and no prior delays. The Court is respectfully requested to grant a 45-day extension (to April 24, 2026 from March 10), or at minimum 30 days (to April 9, 2026 from March 10).

Respectfully submitted,

Dated: February 18 2026

Tala Josephano / Pro Se Appellant

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980

Feras Hindi / Pro Se Appellant

*F.H*

Feras Hindi

7823 New London Drive

Springfield, VA 22153

(703)980-6955

Samiha Ayyash / Pro Se Appellant

*S.A*

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937

(703)623-3767

## Declaration of Appellants

Appellants declare under penalty of perjury under the laws of the United States:

1. Appellants have exercised diligence, and the Brief will be filed within the time requested.
2. This motion is made in good faith for actual need, not for delay—Appellants seek to expedite resolution without sacrificing brief quality.
3. To Appellants' knowledge, the extension causes no prejudice to any party.
4. Appellants have personal knowledge of these facts and could competently testify thereto.

Dated: February 18 2026


Tala Josephano / Pro Se Appellant

*/s/ T.J.*

Tala Josephano

1876 PCH

Lomita, CA 90717

(347)749-4980


Feras Hindi / Pro Se Appellant

*/s/ F.H.*

Feras Hindi

7823 New London Drive

Springfield, VA 22153

(703)980-6955

Samiha Ayyash / Pro Se Appellant

*S.A*

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937

(703)623-3767

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

Appellants hereby certify, on Feb 18 2026, that:

1. This document complies with the word limit because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 477 words.

2. This document complies with the typeface requirements because this document was prepared in a proportionally spaced typeface using Doc word in a 14-point Times New Roman font.

Dated: February 18 2026

Tala Josephano / Pro Se Appellant

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980


Feras Hindi / Pro Se Appellant

Feras Hindi
7823 New London Drive
Springfield, VA 22153

8

(703)980-6955

Samiha Ayyash / Pro Se Appellant

*SA*

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937

(703)623-3767

## CERTIFICATE OF SERVICE

We hereby certify that on February 18, 2026, We served a copy of the foregoing document by U.S. Mail, postage prepaid, on counsel of record for Appellees

-Micah Ticatch, IslerDare PC 1945 Old Gallows Road, Suite 650 Vienna, VA 22182

-Mark A. Johnston, Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Avenue, N.W., Suite 1200 Washington, DC 20006

Date : February 18 2026

Respectfully submitted

Pro Se Appellants
Tala Josephano

*/s/ Tala Josephano*

Tala Josephano, Pro Se
1876 PCH
Lomita, CA 90717
(347)749-4980

Feras Hindi

*/s/ F.H.*

Feras Hindi, Pro Se

7823 New London Drive

Springfield, VA 22153

(703)980-6955


Samiha Ayyash

*/s/ S.A.*

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937

(703)623-3767