# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-7123**  **September Term, 2025**

1:24-cv-03434-ACR

Filed On: March 6, 2026 [2162474]

Samiha Ayyash, et al.,

    Appellants

  v.

American Airlines, Inc. and Gulf Air B.S.C,

    Appellees

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Opening Brief(s) (not to exceed 13,000 words in the aggregate, divided between up to three briefs as appellants see fit) | April 24, 2026 |
| Appellees' Response Brief(s) (not to exceed 13,000 words in the aggregate, divided between up to two briefs as appellees see fit) | May 26, 2026 |
| Appellants' Reply Brief(s) (not to exceed 6,500 words in the aggregate, divided between up to three briefs as appellants see fit) | June 16, 2026 |
| Deferred Appendix | June 23, 2026 |
| Final Brief(s) | July 7, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Katy M. Bartelma
Deputy Clerk