# UNITED STATES COURT OF APPEALS

# FOR THE DISTRICT OF COLUMBIA CIRCUIT

### No. 25-7123
### 1:24-cv-03434-ACR

**SAMIHA AYYASH et al**

                    **Plaintiffs-Appellants,**

v.

**AMERICAN AIRLINES INC. et al**

                    **Defendants-Appellees.**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 25 2026

RECEIVED

---

## MOTION FOR LEAVE TO FILE ELECTRONICALLY (CM/ECF)

Pursuant to Federal Rule of Appellate Procedure 25 and D.C. Circuit Rule 25(b)(2), pro se Appellant Tala Josephano respectfully moves for leave to register as an ECF filer and to file documents electronically through the Court's CM/ECF system in this civil appeal. The remaining pro se Appellants, Samiha Ayyash and Feras Hindi, consent to this motion

1. Movant has regular and reliable access to the internet and the capacity to file and receive documents electronically on a regular basis in Portable Document Format (PDF).

2. Movant is an experienced electronic filer who has submitted more than one hundred documents through the CM/ECF systems of other courts, including the courts of Illinois and California. Movant has also researched and familiarized herself with CM/ECF through publicly available online materials.

3. The deferred joint appendix in this matter exceeds several hundred pages. Electronic filing would relieve the burden of printing, copying, and serving paper copies and would promote the efficient and timely filing of the appendix and the parties' remaining submissions.

4. Until now, Appellants have filed their papers in person rather than by mail, owing to interference with their mail that Appellants previously reported to the Court. The Appellant who ordinarily delivers those filings in person, Feras Hindi, is presently abroad, and all three Appellants are outside the United States at this time. Electronic filing is therefore the only practical means by which Appellants can reliably and timely file the joint appendix and their remaining submissions.

5. Appellants Samiha Ayyash and Feras Hindi consent to receive all filings in this appeal through Movant, who will promptly transmit to them any document filed or served electronically. Movant will file the parties' joint

submissions, including the joint appendix and briefs, as documents signed by all three Appellants.

6. The Certificate as to Parties, Rulings, and Related Cases required by D.C. Circuit Rule 28(a)(1)(A) was previously filed with Appellants' briefs in this appeal.

WHEREFORE, Appellant Tala Josephano respectfully requests leave to register as a non-attorney ECF filer and to file documents electronically in this appeal.

Respectfully submitted,

Dated: June 24, 2026

Tala Josephano, *Pro Se* Appellant

1876 PCH

Lomita, CA 90717

Feras Hindi, *Pro Se* Appellant

7823 New London Drive

Springfield, VA 22153

(703) 980-6955



Samiha Ayyash, *Pro Se* Appellant

#6 Abu Nsair Karmeh Street

Jubaiha, Amman, Jordan 11937

(703) 623-3767

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts exempted by Rule 32(f), it contains **347** words. This motion complies with the typeface and type-style requirements because it was prepared in a proportionally spaced typeface using 14-point Times New Roman.

Dated: June 24, 2026

Tala Josephano, *Pro Se* Appellant

1876 PCH

Lomita, CA 90717

Feras Hindi, *Pro Se* Appellant

7823 New London Drive

Springfield, VA 22153

Samiha Ayyash, *Pro Se* Appellant

#6 Abu Nsair Karmeh Street

Jubaiha, Amman, Jordan 11937

(703) 623-3767

## CERTIFICATE OF SERVICE

We hereby certify that on June 24, 2026, We served a copy of the foregoing document by email on counsel of record for Appellees

-Micah Ticatch, IslerDare PC 1945 Old Gallows Road, Suite 650 Vienna, VA 22182 Email : Mticatch@islerdare.com

-Mark A. Johnston, Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Avenue, N.W., Suite 1200 Washington, DC 20006 Email :

Mjohnston@eckertseamans.com

Date : June 24 2026

Tala Josephano, Pro Se Appellant

1876 PCH

Lomita, CA 90717

Feras Hindi, Pro Se Appellant

7823 New London Drive

Springfield, VA 22153

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937