# UNITED STATES COURT OF APPEALS

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

### No. 25-7123
### 1:24-cv-03434-ACR

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 25 2026

RECEIVED

**SAMIHA AYYASH et al**
                              **Plaintiffs-Appellants,**

v.

**AMERICAN AIRLINES INC. et al**
                              **Defendants-Appellees.**

_____

**PRO SE APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE**

**THE JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 26(b), Pro Se Appellants Samiha

Ayyash, Feras Hindi, and Tala Josephano respectfully move to extend the time to

file the deferred joint appendix from June 26, 2026, to and including August 10,

2026. Counsel for both Appellees have been consulted and do not oppose this

motion.  In support, Appellants state:

1. This is Appellants' first request to extend this deadline, and Appellants

   present it promptly upon determining that the appendix cannot be completed

   accurately and in compliance with the Court's rules by June 26, 2026. The

requested extension of approximately 45 days will allow the appendix to be assembled correctly, rather than rushed in a manner likely to introduce errors requiring later correction.

2. The joint appendix exceeds several hundred pages and must be assembled with precision, including continuous appendix pagination, proper tab and volume structure, and accurate record citations under Federal Rule of Appellate Procedure 30 and D.C. Circuit Rule 30. Appellants have worked diligently to assemble it but cannot complete an accurate, rule-compliant appendix by the current deadline.

3. Appellants appear pro se, and all three are presently outside the United States. Appellant Samiha Ayyash is currently unwell; Appellant Feras Hindi is abroad; and Appellant Tala Josephano, the assembling party, has been traveling internationally throughout the period leading up to the deadline. These combined circumstances make it impracticable to complete the appendix by June 26, 2026.

4. This motion is made in good faith and not for delay. Appellants, who do not yet have electronic-filing access, are concurrently moving for leave to file electronically. No oral argument has been scheduled and the parties' briefs have been filed, so the requested extension will not affect any argument date or prejudice any party.

WHEREFORE, Appellants respectfully request that the Court extend the time to file the deferred joint appendix to and including August 10, 2026.

Dated: June 24, 2026

Respectfully submitted,

Tala Josephano, *Pro Se* Appellant

1876 PCH

Lomita, CA 90717

(347) 749-4980

Feras Hindi, *Pro Se* Appellant

7823 New London Drive

Springfield, VA 22153

(703) 980-6955

Samiha Ayyash, *Pro Se* Appellant

#6 Abu Nsair Karmeh Street

Jubaiha, Amman, Jordan 11937

(703) 623-3767

## DECLARATION OF APPELLANTS

Appellants declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. The factual statements in this motion are true and within Appellants' personal knowledge.

2. Appellants have exercised diligence, and the joint appendix will be filed within the time requested.

3. This motion is made in good faith for actual need and not for purposes of delay, and is unopposed by Appellees.

Dated: June 24, 2026

Tala Josephano, *Pro Se* Appellant

1876 PCH

Lomita, CA 90717

(347) 749-4980

Feras Hindi, *Pro Se* Appellant

7823 New London Drive

Springfield, VA 22153

(703) 980-6955



Samiha Ayyash, *Pro Se* Appellant

#6 Abu Nsair Karmeh Street

Jubaiha, Amman, Jordan 11937

(703) 623-3767

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts exempted by Rule 32(f), it contains **397** words. This motion complies with the typeface and type-style requirements because it was prepared in a proportionally spaced typeface using 14-point Times New Roman.

Dated: June 24, 2026

Tala Josephano, *Pro Se* Appellant

1876 PCH

Lomita, CA 90717

Feras Hindi, *Pro Se* Appellant

7823 New London Drive

Springfield, VA 22153

(703) 980-6955

Samiha Ayyash, *Pro Se* Appellant

#6 Abu Nsair Karmeh Street

Jubaiha, Amman, Jordan 11937

(703) 623-3767

## CERTIFICATE OF SERVICE

We hereby certify that on June 24, 2026, We served a copy of the foregoing

document by email on counsel of record for Appellees

-Micah Ticatch, IslerDare PC 1945 Old Gallows Road, Suite 650 Vienna, VA

22182 Email : Mticatch@islerdare.com

-Mark A. Johnston, Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania

Avenue, N.W., Suite 1200 Washington, DC 20006 Email :

Mjohnston@eckertseamans.com

Date : June 24 2026

Tala Josephano, Pro Se Appellant

1876 PCH

Lomita, CA 90717

Feras Hindi, Pro Se Appellant

7823 New London Drive

Springfield, VA 22153

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937