# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-7123**                                    **September Term, 2025**

**1:24-cv-03434-ACR**

**Filed On: June 26, 2026** [2180577]

Samiha Ayyash, et al.,

       Appellants

    v.

American Airlines, Inc. and Gulf Air B.S.C,

       Appellees

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the joint appendix, it is

**ORDERED** that the following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Deferred Appendix | August 10, 2026 |
| Final Brief(s) | August 24, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Katy M. Bartelma
     Deputy Clerk