# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-7123**                                      **September Term, 2025**

**1:24-cv-03434-ACR**

**Filed On: July 8, 2026** [2182269]

Samiha Ayyash, et al.,

        Appellants

    v.

American Airlines, Inc. and Gulf Air B.S.C,

        Appellees

**O R D E R**

Upon consideration of the motion for leave to file electronically, it is

**ORDERED** that the motion be granted. Appellant Tala Josephano is permitted to participate as an ECF filer in the court's Case Management/Electronic Case Files system so long as she is not represented by an attorney. See D.C. Cir. Rule 25(b)(2). Before filing electronically, appellant must submit to the court a NextGen non-attorney e-file registration through the PACER website.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

        BY:   /s/
              Katy M. Bartelma
              Deputy Clerk