No. 25-7123 September Term, 2024

1:24-cv-03434-ACR

Filed On: August 29, 2025 [2132617]

Samiha Ayyash, et al.,

    Appellants

    v.

American Airlines Inc. and Gulf Air B.S.C,

    Appellees

## O R D E R

The notice of appeal was filed on August 24, 2025, and docketed in this court on August 27, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 29, 2025 |
| Docketing Statement Form | September 29, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 29, 2025 |
| Procedural Motions, if any | September 29, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 29, 2025 |
| Statement of Issues to be Raised | September 29, 2025 |
| Transcript Status Report | September 29, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | September 29, 2025 |
| Dispositive Motions, if any | October 14, 2025 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| **No. 25-7123** | **September Term, 2024** |

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 29, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 29, 2025 |
| Procedural Motions, if any | September 29, 2025 |
| Dispositive Motions, if any | October 14, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

A request for appointment of counsel does not relieve appellants of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellants to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

BY:    /s/
           Elbert B.J. Lestrade
           Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

Attachments for Pro Se Parties Only:
    <u>Civil Docketing Statement Form</u>
    <u>Entry of Appearance Form</u>
    <u>Transcript Status Report Form</u>
    <u>Memorandum Concerning Self-Representation</u>
    <u>Memorandum Concerning Appointment of Counsel</u>