**UNITED STATES COURT OF APPEALS**

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 25-7123**
**1:24-cv-03434-ACR**

**SAMIHA AYYASH et al**
**Plaintiffs-Appellants,**

**v.**

**AMERICAN AIRLINES INC. et al**
**Defendants-Appellees.**

---

**PRO SE APPELLANTS' MOTION FOR LEAVE TO FILE CORRECTED FINAL BRIEF AND CORRECTED FINAL REPLY BRIEF**

Appellants Samiha Ayyash, Feras Hindi, and Tala Josephano, proceeding pro se, respectfully move under Federal Rule of Appellate Procedure 27 for leave to file the attached corrected Final Brief of Appellants and corrected Final Reply Brief in place of the versions filed earlier on August 24, 2026. In support of this motion, Appellants state as follows:

1. On August 24, 2026, Appellants filed their Final Brief of Appellants and Final Reply Brief.
2. Because the deferred Joint Appendix was filed after the initial briefs, Appellants engaged a legal-writing service to insert the deferred Joint Appendix citations

required by Federal Rule of Appellate Procedure 30(c)(2)(B) and to clean up the Tables of Contents and Authorities.

3. During that formatting process, the service inadvertently deleted portions of text from the briefs. As a result, the Final Brief and Final Reply Brief filed on August 24, 2026, omitted passages that appeared in Appellants' previously filed initial briefs.

4. Appellants did not intend to delete any substantive text. The attached corrected briefs restore the omitted passages and otherwise correspond to the previously filed initial briefs, subject to the insertion of deferred Joint Appendix citations and correction of typographical errors.

5. Counsel for American Airlines, Inc. brought the discrepancy to Appellants' attention by email on the evening of August 24, 2026, and asked whether Appellants would agree to file corrected final briefs conforming to the applicable rules.

6. Appellants thereafter reviewed the filed briefs and confirmed that portions of the text had inadvertently been omitted during the formatting process. Appellants promptly prepared the attached corrected briefs and now seek leave to file them.

7. Counsel for Gulf Air was included in the relevant email correspondence. Gulf Air has not communicated a position regarding this motion. Appellants therefore do not represent that Gulf Air consents to or does not oppose the requested relief.

8. The requested correction will not add any new argument, claim, issue, authority, or evidence. The corrected briefs restore text that appeared in Appellants' previously filed initial briefs and include the deferred Joint Appendix citations and typographical corrections described above.

9. The corrected briefs will therefore conform the versions filed on August 24, 2026, to the briefs to which Appellees' responsive briefing was directed.

10. No party will be prejudiced by the requested relief. The corrected briefs do not expand the issues on appeal or alter Appellants' substantive arguments. They merely restore text inadvertently omitted during the preparation of the final versions.

11. Appellants seek no extension of time and do not request permission to add new arguments, authorities, evidence, or issues. Appellants request only that the corrected briefs be accepted in place of the versions filed on August 24, 2026.

12. Appellants recognize that Federal Rule of Appellate Procedure 30(c)(2)(B) limits changes to a deferred-appendix brief after the appendix is filed. To the extent that restoring text inadvertently deleted during formatting constitutes a change requiring leave, Appellants respectfully request such leave under Federal Rule of Appellate Procedure 27.

WHEREFORE, Appellants Samiha Ayyash, Feras Hindi, and Tala Josephano respectfully request that the Court:

A. grant this motion;

B. grant Appellants leave to file the attached corrected Final Brief of Appellants and corrected Final Reply Brief;

C. direct the Clerk to accept the attached corrected briefs in place of the Final Brief of Appellants and Final Reply Brief filed on August 24, 2026; and

D. grant such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: August 24, 2026



Tala Josephano, *Pro Se* Appellant

1876 PCH

Lomita, CA 90717

(347) 749-4980

Feras Hindi, *Pro Se* Appellant

7823 New London Drive

Springfield, VA 22153

(703) 980-6955

Samiha Ayyash, *Pro Se* Appellant

#6 Abu Nsair Karmeh Street

Jubaiha, Amman, Jordan 11937

(703) 623-3767

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts exempted by Rule 32(f), it contains **576** words. This motion complies with the typeface and type-style requirements because it was prepared in a proportionally spaced typeface using 14-point Times New Roman.

Dated: August 24, 2026

Tala Josephano, *Pro Se* Appellant

1876 PCH

Lomita, CA 90717

Feras Hindi, *Pro Se* Appellant

7823 New London Drive

Springfield, VA 22153

Samiha Ayyash, *Pro Se* Appellant

#6 Abu Nsair Karmeh Street

Jubaiha, Amman, Jordan 11937

(703) 623-3767

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the appellate CM/ECF system. A copy was also sent by email to:

1. Micah Ticatch, IslerDare PC, 1945 Old Gallows Road, Suite 650, Vienna, VA 22182. Email: Mticatch@islerdare.com
2. Mark A. Johnston, Eckert Seamans Cherin & Mellott, LLC, 1717 Pennsylvania Avenue, N.W., Suite 1200, Washington, DC 20006. Email: Mjohnston@eckertseamans.com
3. Darcy Osta, Eckert Seamans Cherin & Mellott, LLC, 1717 Pennsylvania Avenue, N.W., Suite 1200, Washington, DC 20006. Email: dosta@eckertseamans.com

Date : August 24 2026

Tala Josephano, Pro Se Appellant

1876 PCH

Lomita, CA 90717

F. H

Feras Hindi, Pro Se Appellant

7823 New London Drive

Springfield, VA 22153

S. A

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937