**UNITED STATES COURT OF APPEALS**

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 25-7123**
**1:24-cv-03434-ACR**

**SAMIHA AYYASH et al**
**Plaintiffs-Appellants,**

**v.**

**AMERICAN AIRLINES INC. et al**
**Defendants-Appellees.**

---

**PRO SE APPELLANTS' MOTION TO WAIVE PAPER-COPY REQUIREMENT ( Paper Filing Dispense )**

Appellants Samiha Ayyash, Feras Hindi, and Tala Josephano, proceeding pro se, respectfully move for an order waiving the requirement to submit paper copies of Appellants' corrected opening brief, corrected reply brief, and any other electronically filed documents in this appeal for which paper copies would otherwise be required.

In support of this motion, Appellants state:

1. Appellants are self-represented and file documents electronically through the Court's CM/ECF system.

2. Appellants have already incurred approximately $2,000 in costs to prepare and submit the appendix and related materials in this appeal.
3. Requiring additional paper copies of Appellants' corrected briefs and other future filings for which paper copies are required would impose a substantial financial hardship on Appellants.
4. Appellants will continue to file all documents electronically through CM/ECF and will comply with all applicable filing, service, formatting, and briefing requirements.
5. Waiver of paper copies will not prejudice any party. The electronically filed documents will remain available to the Court and all registered parties through CM/ECF.

For these reasons, good cause exists under D.C. Circuit Rule 25(c)(2) for waiver of the paper-copy requirement.

**WHEREFORE**, Appellants respectfully request that the Court waive the requirement to submit paper copies of Appellants' corrected opening brief, corrected reply brief, and any other electronically filed documents in this appeal for which paper copies would otherwise be required.

Respectfully submitted,

Dated: September 3, 2026

Tala Josephano, *Pro Se* Appellant

1876 PCH

Lomita, CA 90717

(347) 749-4980

Feras Hindi, *Pro Se* Appellant

7823 New London Drive

Springfield, VA 22153

(703) 980-6955

Samiha Ayyash, *Pro Se* Appellant

#6 Abu Nsair Karmeh Street

Jubaiha, Amman, Jordan 11937

(703) 623-3767

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts exempted by Rule 32(f), it contains 229 words. This motion complies with the typeface and type-style requirements because it was prepared in a proportionally spaced typeface using 14-point Times New Roman.

Dated: September 3, 2026

Tala Josephano, *Pro Se* Appellant

1876 PCH

Lomita, CA 90717

Feras Hindi, *Pro Se* Appellant

7823 New London Drive

Springfield, VA 22153

S.A

Samiha Ayyash, *Pro Se* Appellant

#6 Abu Nsair Karmeh Street

Jubaiha, Amman, Jordan 11937

(703) 623-3767

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the appellate CM/ECF system. A copy was also sent by email to:

1. Micah Ticatch, IslerDare PC, 1945 Old Gallows Road, Suite 650, Vienna, VA 22182. Email: Mticatch@islerdare.com
2. Mark A. Johnston, Eckert Seamans Cherin & Mellott, LLC, 1717 Pennsylvania Avenue, N.W., Suite 1200, Washington, DC 20006. Email: Mjohnston@eckertseamans.com
3. Darcy Osta, Eckert Seamans Cherin & Mellott, LLC, 1717 Pennsylvania Avenue, N.W., Suite 1200, Washington, DC 20006. Email: dosta@eckertseamans.com

Date : September 3, 2026

Tala Josephano, Pro Se Appellant

1876 PCH

Lomita, CA 90717

Feras Hindi, Pro Se Appellant

7823 New London Drive

Springfield, VA 22153

Samiha Ayyash

#6 Abu Nsair Karmeh Street,

Jubaiha Amman Jordan 11937