# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-7123** **September Term, 2026**

**1:24-cv-03434-ACR**

**Filed On: September 15, 2026** [2193175]

Samiha Ayyash, et al.,

Appellants

v.

American Airlines, Inc. and Gulf Air B.S.C,

Appellees

**O R D E R**

Upon consideration of appellants' unopposed motion for leave to file corrected final brief and corrected final reply brief, and appellants' unopposed motion to waive paper-copy requirement, it is

**ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged corrected brief and lodged corrected reply brief. It is

**FURTHER ORDERED** that the motion to waive paper copies be granted. This grant is without prejudice to a later determination by the panel to which this case is assigned that paper copies are required.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Katy M. Bartelma
Deputy Clerk